# *Valli Kane & Vagnini*

## EMPLOYEE RIGHTS ATTORNEYS

600 Old Country Road
Suite 519
Garden City, NY 11530

Tel: (516) 203-7180
Fax: (516) 706-0248
www.vkvlawyers.com

May 19, 2026

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2026
```

Re: ***Megan Mooney v. Richter & Ratner Contracting Corp. et al.*,
    <u>1:25-cv-10138-MKV - Request for Adjournment of Initial Conference</u>**

Dear Judge Vyskocil:

I write regarding Your Honor's April 29, 2026 Order, which scheduled an Initial Conference for May 27, 2026. With the consent of Defendant's counsel, the parties jointly request an adjournment of both the May 27, 2026 Initial Conference and the May 19, 2026 deadline to submit the Proposed Case Management Plan, Scheduling Order, and joint letter until after the mediation.

The parties have met and conferred, spoken with the assigned mediator, Susan Romano, and are actively working with her to schedule the first mediation session. However, due to scheduling conflicts and long-planned vacations, the parties are presently looking at dates in late June or early July for the mediation.

I will be out of the country from May 27, 2026 through June 11, 2026. Pursuant to Rule 3(a) of Your Honor's Individual Rules, as principal trial counsel, I would ordinarily appear at the conference in person. However, if Your Honor is not inclined to adjourn the conference, I would be available to appear virtually on May 27, 2026.

This is the parties' first request for an adjournment of a court conference or extension of time.

Respectfully submitted,

*/s/ Robert J. Valli, Jr.*
rvalli@vkv.law
*Attorney for Plaintiff*

cc [via ECF]:

Joseph Labuda
joe@mllaborlaw.com

Garrett Elias
garrett@mllaborlaw.com

*Attorneys for Defendants*

The parties' request is GRANTED.  The initial pretrial conference scheduled for May 27, 2026 is ADJOURNED sine die.  IT IS FURTHER ORDERED that the parties, within two business days of a mediation schedule being set, shall file a report on the status of mediation that advises as to when mediation is scheduled.

SO ORDERED.

Date: 5/19/2026
New York, New York

Mary Kay Vyskocil
United States District Judge